UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.  '25 MJ2006 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| | ) | |
| | ) | |
| Andres FERNANDEZ, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

The undersigned complainant, being duly sworn, states:

On or about April 22, 2025, within the Southern District of California, defendant Andres FERNANDEZ, knowing or in reckless disregard of the fact that certain aliens, namely, Alonso MORALES-Acevedo, Erick URQUIZA Maldonado and Enrique ZUNIGA-Gomez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 23, 2025.

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Andres FERNANDEZ

## PROBABLE CAUSE STATEMENT

The complainant states that Erick URQUIZA Maldonado, Enrique ZUNIGA-Gomez and Alonso MORALES-Acevedo, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 22, 2025, at approximately 7:29 AM, Border Patrol Agent E. Wesley was assigned to traffic interdiction duties within the Campo Border Patrol Station's area of responsibility. Agent Wesley was dressed in plain clothes with agency issued vest with patches and insignias to identify him as a law enforcement agent. Agent Wesley was driving an unmarked agency vehicle and was equipped with emergency lights and sirens.

At approximately 7:30 AM, Agent Wesley was at an area known to Border Patrol Agents as "Star Ranch Flats." Agent Wesley first observed a silver Dodge Ram Big Horn that had black rims, driving eastbound on SR-94 traveling towards his direction. Agent Wesley observed the driver of the Dodge Ram to be driving in a nervous fashion, with both hands tightly gripping the steering wheel, nervously checking the traffic to his rear as he passed his location. Agent Wesley began to follow the vehicle as it drove eastbound on SR-94. At approximately 7:36 AM, BPA Wesley used his vehicle radio to request records checks on the silver Dodge from dispatch. The record checks for the dodge came back to a rental vehicle out of San Francisco, California. It is a common tactic among smugglers to utilize rental vehicles to minimize the risk associated with their crime.

The silver Dodge had no prior travel in the area and Agent Wesley followed the silver Dodge on SR-94 and made no observations of other occupants, however he made observations of the driver changing his speeds at different junctions of the SR-94. Agent Wesley observed the driver of the silver Dodge breaking in straight aways and speeding up in turns and applying the brakes at the last minute. This led Agent Wesley to believe the driver was unfamiliar with the area. As the driver continued eastbound on SR-94, BPA Wesley observed the driver weaving within the lane, this led him to believe the driver's focus was on something other than driving on the road in front of him. At this point,

Agent Wesley requested a marked unit to assist with a traffic stop. Agent D. Zamora initiated his lights and siren near a location known to Border Patrol Agents as "Fox Acres." The silver

**CONTINUATION OF COMPLAINT:**
 **Andres FERNANDEZ**

Dodge continued traveling eastbound on SR-94 but did not immediately yield. After approximately .25 miles of following the vehicle the silver Dodge pulled to the right of the road and then re-entered the roadway and abruptly stopped in the roadway. BPA Zamora exited his vehicle and gave verbal commands to the silver Dodge to pull into a nearby market located at a location known to Border Patrol Agents as the "80/94 split." The silver Dodge complied, entered the parking lot of the market and stopped. This location is approximately 20 miles east and approximately 6 miles north of the United States / Mexico international Port of Entry at Tecate, California.

Agent Wesley and Zamora approached the vehicle. BPA Zamora requested the driver to roll down the windows of the vehicle. BPA Wesley observed three subjects laying on the seats and floorboards of the backseat of the silver Dodge. The subjects laying in the backseat of the vehicle kept their heads and faces down refusing to acknowledge the presence of law enforcement on scene. Agent Wesley asked the driver what country he was a citizen of. The driver, who was later identified as the defendant as Andres FERNANDEZ, stated he was a United States citizen.

Agent Zamora opened the driver's door of the silver Dodge and had the driver exit the vehicle. Agent Wesley placed handcuffs on the driver. Agent Wesley conducted an immigration inspection on the passengers in the vehicle, who were later identified as material witnesses as Alonso MORALES-Acevedo, Erick URQUIZA Maldonado, and Enrique ZUNIGA-Gomez. The passengers in the vehicle stated they were born and citizens of Mexico. The passengers stated they did not possess any immigration paperwork allowing them to remain in the United States legally and they were in illegally in the United States. At approximately 7:48 AM, Agent Wesley placed MORALES, ZUNIGA, and URQUIZA under arrest. At approximately 7:49 AM, Agent Wesley placed FERNANDEZ under arrest for 8 USC 1324, Alien Smuggling.

Alonso MORALES-Acevedo stated his friend made his smuggling arrangements and was going to pay $9000 USD. MORALES arrived at Tijuana on April 19, 2025 and stayed at a stash house along with Erick URQUIZA Maldonado and Enrique ZUNIGA-Gomez. MORALES stated they crossed into the United States illegally with a footguide on April 20, 2025. MORALES stated the footguide of the group instructed them to get into the load vehicle. Morales stated that he was the last to enter the load vehicle via the back passenger side door. Morales stated that he laid across the foot compartment, while URQUIZA and ZUNIGA and laid across the back seat. Morales stated that they were in the vehicle for approximately one hour before they got pulled over by Border Patrol Agents.

**CONTINUATION OF COMPLAINT:**
**Andres FERNANDEZ**

Erick URQUIZA Maldonado stated he crossed illegally into the United States on April 20, 2025 along with a footguide in his group. URQUIZA was going to pay $7000 USD to be smuggled into the Unites States. URQUIZA said he was with up the morning by a gray truck at 7:00 AM. URQUIZA stated he was laying down in the back seat for the duration of the drive.

Enrique ZUNIGA-Gomez stated his group used a footguide to cross the United States/Mexico border on April 19, 2025. ZUNIGA was going to pay $9000 USD to be smuggled into the United States. ZUNIGA stated he was picked up by gray Dodge Ram on April 22, 2025 at 7:00 AM. ZUNIGA stated he was laying down in the vehicle for five minutes.