**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: ___25cr1459-JES___ |
| Plaintiff, | 25MJ2006 |
| v. | I N F O R M A T I O N |
| ANDRES FERNANDEZ, | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Certain Aliens (Felony) |
| Defendant. | |

The United States Attorney charges:

Counts 1 - 3

On or about April 22, 2025, within the Southern District of California, defendant, ANDRES FERNANDEZ, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law:

| Count | Name |
|-------|------|
| 1 | Alonso Morales-Acevedo |
| 2 | Erick Urquiza-Maldonado |
| 3 | Enrique Zuniga-Gomez |

//

//

KSCH:vb:4/28/2025

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: ___4/28/25___ .

ADAM GORDON
United States Attorney

*Kaley S. Chan*

KALEY CHAN
Assistant U.S. Attorney

2